# United States District Court

## Eastern District of California

**DEFERRED**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ZACHARY HAAS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:09-CR-00035 YNP**<br><br>JEREMY S. KROGER<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty Count(s) TWO, THREE, and FIVE described in the Amended Complaint.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 2.35(b)(2) | POSSESSION OF CONTROLLED SUBSTANCE (MARIJUANA) | 09/21/2009 | TWO |
| 36 CFR 2.35(b)(2) | POSSESSION OF CONTROLLED SUBSTANCE (HASH) | 09/21/2009 | THREE |
| 21 USC 844(a) | POSSESSION OF CONTROLLED SUBSTANCE (AMPHETAMINE) | 09/21/2009 | FIVE |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[√]  Count(s) remaining are dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [ ]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 1, 2009
Date of Imposition of Judgment

/s/ SANDRA M. SNYDER
Signature of Judicial Officer

**SANDRA M . SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

12/22/2009
Date

# PROBATION

The defendant is hereby sentenced to 12 months unsupervised probation as to Counts 2, 3, and 5 to run concurrently commencing December 1, 2009, through November 30, 2010.

[✔] **Judgment entered pursuant to 18 U.S.C. §3607 is deferred.** If the defendant completes the term of probation without violation of conditions imposed, the proceedings will be dismissed.

The defendant shall not commit another federal, state, or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## SPECIAL CONDITIONS OF PROBATION

1. The defendant shall obey all laws (local, state, and federal).

2. Report any new arrests.

## CRIMINAL MONETARY PENALTIES

3. The defendant shall pay the criminal monetary penalties as follows: a fine of $240.00 each as to Counts 2 and 3 and a $10.00 special assessment each as to Counts 2 and 3 for a combined total of $500.00. A fine amount of $975.00 and a $25.00 special assessment as to Count 5 for a total of $1,000.00 is ordered. Payments in the amount of $150.00 per month to commence on 1/15/2010 and is to be completed by 11/15/2010. The fine is payable to the Clerk, U.S. District Court, and mailed to:

   > Office of the Clerk
   > U.S. District Court
   > 2500 Tulare Street
   > Fresno, California 93721

4. The defendant is ordered to appear for a Review Hearing at the U.S. District Court, 9004 Castle Cliff Court, Yosemite National Park, CA 95389, on 11/30/2010 at 10:00 a.m. Defendant is ordered to bring proof of payment, whereas the Court will determine whether all the conditions of probation have been met, and consider vacating the remaining time of probation, and enter final disposition of Deferred Judgment.